**Electronically Filed
Supreme Court
SCMF-12-0000538
22-APR-2021
12:06 PM
Dkt. 162 NP**

SCMF-12-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In the Matter of the
FEBRUARY 2021 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAIʻI

---

NOTICE OF PASSING THE HAWAIʻI BAR EXAMINATION

The applicants listed below are hereby notified that each has passed the

February 2021 Hawaiʻi examination for admission to the Bar of the State of Hawaiʻi, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawaiʻi

(RSCH):

Joseph Blaise Adams
Kenny Young Hyun Baik
Laura Stennis Bearden
Richard Charles Beckett
Aubrey Meredith Matsumi Bento
Georgia Garman Berrenberg
Jeremy David Blank
William Casey Bowen
William Joseph Blaisdell Brennan
Katherine Elinor Bruce
Maria Criselda Calderon
Nicole Chang
Hon-Lum Cheung-Cheng
Alexander Edrenkin
Ilayda Elmas Ossanna
Cleo Brandon Fields
Cherima Christine Gamatero-Manayan
James Anthony Gosnell
Sierra Lynn Hagg

Roger de Beaumont Hargrave
Jessica Christine Hatcher
Alec Micah Jacobs
Melody Leilani Kaohu
Jason Shawn Kasamoto
Reiko Kato
Camille Tsurue Kiyota
Kelly Ann LaPrade
Gregory James Lau
Joshua Jungho Lee
Hsin-Ya Lin
Michael Chien-Kung Masato Louis
Ian Phillip Luthringer
Jeffrey Scott Lyons
Emil Anthony Macasinag
Janessa Ann Maddox
Tori Reiko-Keonaonaokalikolehua
    Maeshiro
Patrick Michael McGuirk

Hannah Ehrig McKee
Makoto Messersmith
JoAnna Marie Nepomuceno Nardulli
Eric M. Nixdorf
Christine Elizabeth Nowland
James Anthony O'Rourke
Melissa Deanna Owens
Marshall Keoni-Pierce Pautsch
Jaime Antonio Rincon
Fransina Tupemeleke Savusa
Joseph Kelly Seipel
Joseph Alan Seltzer
Shay Frances Shibata
Kaela Michiko Shiigi
Chaz Kenichi Shizumura
Aris Bourgeois Capule Springs

Cassandra Lea Stamm
Elise Mayumi Swain
Ian Falefuafua Tapu
Katherine Rae Anna Thomas
Olivia Perras Thompson
Andres E. Tobar
Jacob Troy Tokunaga
Rachel Ayame Uemoto
Jose Alfredo Vega
Craig Kent Vernon
Lauren Keiko Watanabe
Brianna Lee Weaver
Brian Philip Wild
Matthew Paul Woodward
Daniel Bryant Woolston

Each applicant is reminded that, until he or she has met all other requirements as set forth in RSCH Rule 1.3, and has been admitted to practice law by the Supreme Court of the State of Hawaiʻi, that applicant may not engage in the practice of law in this jurisdiction.

DATED:  Honolulu, Hawaiʻi, April 22, 2021.

BOARD OF EXAMINERS

By:     /s/ Evelyn M. Rimando

Its Acting Secretary



2